UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:19-cv-00087-MOC

| | |
|---|---|
| **SANDRA PRESNELL MEADOWS,** )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>**ANDREW SAUL,** )<br>**Acting Commissioner of Social Security** )<br>)<br>Defendant. ) | ORDER |

**THIS MATTER** is before the Court on plaintiff's Motion for Admission *Pro Hac Vice* of David F. Chermol. Having considered such motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Admission *Pro Hac Vice* (#5) of David F. Chermol is **GRANTED**, and Mr. Chermol is admitted to practice before the Bar of this Court while appearing with Mr. Eaglin in this particular case.

Signed: July 26, 2019

Max O. Cogburn Jr
United States District Judge

-1-