# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# DOCKET NO: 5:19-CV-00087-MOC

| | |
|---|---|
| **SANDRA PRESNELL MEADOWS,** | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| **ANDREW M. SAUL,** **Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on judicial review of a final decision of the Commissioner of Social Security denying Plaintiff Sandra Presnell Meadows' application for a Period of Disability, Disability Insurance Benefits, Widow's Insurance Benefits (Disability), and Supplemental Security Income. With consent of Plaintiff, the Commissioner now moves to remand this case for further administrative proceedings and a new hearing (Doc. No. 14). Finding good cause for remand, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the consent Motion for Remand (Doc. No. 14) is **GRANTED**. Pursuant to Sentence Four of 42 U.S.C. § 405(g), the Commissioner's decision in this matter is hereby **REVERSED** and this case is **REMANDED** for further administrative proceedings and a new hearing.

Signed: December 12, , 2019

Max O. Cogburn Jr.
United States District Judge